UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES R. MULLIS,

    Plaintiff,

v.                                            Case No: 8:21-cv-2426-WFJ-JSS

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 41)** that the above-styled action has been settled as to the remaining Defendant, Equifax Information Services, LLC ("Equifax"). Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Equifax and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Equifax. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on April 15, 2022.

                                                    s/*William F. Jung*
                                                     **WILLIAM F. JUNG**
                                                     **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record